# EXHIBIT A

# PEOPLE SOURCE, L.L.C.
# EMPLOYMENT AGREEMENT
# (For Employees assigned to BAE Industries, Inc.)

| | |
|---|---|
| Effective Date of Agreement: | 08/29/2005 |
| Employee Name: | Jerome Oswald |
| Pay Rate: | $70000.00 per year |
| Job Title: | Manufacturing Engineer |
| Payroll Status: | Exempt |
| Vacation Eligibility: | Per Company Policy |

Other Terms and/or Conditions of Employment:

I confirm that the information above is correct and acknowledge receipt of my copy of the Employee Handbook. In consideration of my employment and the compensation provided to me, I understand and agree to the following:

1. My employment is "at will" which means that my services are not engaged for any specific term and that the Company has the right to terminate my services at any time, with or without notice and with or without reason. This agreement may not be modified except in writing and signed by the President of BAE Industries, Inc.

2. I will not, during my employment or after termination of my employment, reveal to any entity or use for my own account, company property, company data, in any form; trade secrets or any confidential information made known to me in the course of my employment. I understand that the unauthorized disclosure or use of any such information or property by me could result in the termination of my employment, and may include legal action against me by the Company, after the termination of my employment.

3. I affirm that my employment and performance of my duties will not conflict with or result in the breaking of any agreement that I have undertaken; and I further agree to abide by the rules, regulations and policies of the Company.

4. I understand and agree that any disputes arising from any aspect of my employment, termination of my employment and all issues mentioned in this agreement will be handled through arbitration administered by the American Arbitration Association and judgement thereon may be entered in any court having jurisdiction thereof.

5. I further agree that any action, claim or suit against the Company arising out of my application for employment, employment, or termination including, but not limited to, claims arising under any State or Federal civil rights statutes must be brought within one hundred and eighty (180) days of the event giving rise to the claim or be forever barred. I waive any and all limitation periods to the contrary.

_____  29 Aug 05          _____  8/29/05
Employee's Signature      Date            Company Representative's Signature   Date

Rev. 12/02